# CORPORATE RESOLUTION OF KOROS USA INC. AUTHORIZING THE FILING OF A CHAPTER 11 BANKRUPTCY PETITION

WHEREAS KOROS USA INC. is not able to pay its debts as they come due; and

WHEREAS KOROS USA INC. has authorized Tibor Koros and Gabriel Koros to hire attorney Michael Jay Berger to prepare and file a Chapter 11 Bankruptcy Petition for KOROS USA INC. and to have Mr. Berger prepare and sign any additional documents needed in connection with said bankruptcy filing; and

WHEREAS, Tibor Koros is the Chief Executive Officer and Director of KOROS USA INC. and Gabriel Koros is the Secretary of KOROS USA INC.

NOW, THEREFORE:

IT IS HEREBY RESOLVED by KOROS USA INC. to file a Chapter 11 bankruptcy petition. Tibor Koros, Gabriel Koros, and Michael Jay Berger are specifically authorized to file said Chapter 11 petition on behalf of KOROS USA INC.

Dated:

KOROS USA INC.

By: [signature]
Tibor Koros, its Chief Executive Officer and Director

Dated: 10.9.2026

KOROS USA INC.

By: [signature]
Gabriel Koros, its Secretary